■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY MASON, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered December 16, 1960, after a jury trial, convicting him of burglary in the third degree and possession of burglar's instruments as a felony, and imposing sentence upon him as a second felony offender. Judgment affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ARTHUR MITCHELL, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Orange County, dated March 9, 1962, which denied, without a hearing, his application to vacate a judgment of said court, rendered November 10, 1958, upon his plea of guilty, convicting him of grand larceny in the first degree, and imposing sentence. Order affirmed (see *People* v. *Nicholson,* 11 N Y 2d 1067; *People* v. *Muller,* 11 N Y 2d 154; *People* v. *Loria,* 10 N Y 2d 368). Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY JOSHUA, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Queens County, dated May 24, 1961, which denied, without a hearing, his application to vacate a judgment of said court, rendered December 28, 1960 on his plea of guilty, convicting him of attempted petit larceny and sentencing him to serve an indefinite term in the New York City Penitentiary pursuant to article 7-A of the Correction Law. Order affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM LUPO, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Dutchess County, entered March 16, 1962, which, after a hearing, dismissed the writ and remanded him to the custody of the respondent. Order affirmed. No opinion. Ughetta, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUFUS WARE, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, the relator appeals from an order of the Supreme Court, Dutchess County, dated June 1, 1959 and entered June 24, 1959, after a hearing, which dismissed the writ and remanded him to the custody of respondent. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.